**729**

**In the Matter of the Honorable Lester J. SCHIRADO, County Judge, Morton, Grant, and Sioux Counties.**

**No. 11321.**

Supreme Court of North Dakota.

Sept. 16, 1986.

### ORDER OF SUSPENSION

The Honorable Lester J. Schirado, Judge of the counties of Morton, Grant and Sioux, was found guilty in the Burleigh County Court on August 14, 1986, of the offense of deceptive writings, a Class A Misdemeanor. A Recommendation of the Judicial Conduct Commission for suspension of Judge Schirado was filed by Staff Counsel of the Judicial Conduct Commission on August 21. A Certification of the Judicial Conduct Commission Recommendation signed by the Chairman of the Commission was filed in the Supreme Court on August 27.

The Supreme Court requested the Honorable Lester J. Schirado to respond to the Recommendation of the Judicial Conduct Commission no later than 4 p.m., September 10, 1986. No response has been filed. The Court considered this matter.

IT IS ORDERED, that Lester J. Schirado be suspended, and he hereby is suspended, as county judge of Morton, Grant and Sioux counties pursuant to Sec. 27–23–03(2), NDCC.

**In the Matter of the Honorable Lester J. SCHIRADO, County Judge, Morton, Grant, and Sioux Counties.**

**No. 11321.**

Supreme Court of North Dakota.

Nov. 3, 1986.

### ORDER OF REMOVAL

The Supreme Court of the State of North Dakota has convened at 4 p.m., this 3rd day of November, 1986, and directs the entry of the following order:

IT IS ORDERED, that Lester J. Schirado be removed, and he hereby is removed, from the office of county judge pursuant to Rule 28 of the Rules of the Judicial Qualifications Commission.

RALPH J. ERICKSTAD,
Chief Justice

GERALD W. VANDE-WALLE,
Justice

H.F. GIERKE III,
Justice

HERBERT L. MESCHKE,
Justice

BERYL J. LEVINE,
Justice